# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Lifescan Global Corporation
Borges & Associates, LLC
Attn: Sue L. Chin, Esq.
575 Underhill Blvd., Ste. 118
Syosset, NY 11791

Lifescan, Incorporated
Attn: John De Grandpre, Sr. VP & General Counsel
20 Valley Stream Parkway
Malvern, PA 19355

☒Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
LifeScan, Inc.
Attn: Val Asbury, CEO
20 Valley Stream Parkway
Malvern, PA 19355

LifeScan Global Corporation
Attn: Val Asbury, CEO
20 Valley Stream Parkway
Malvern, PA 19355

C T Corporation System
R/A for Lifescan, Inc.
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

Corporation Trust Center
R/A for LifeScan Global Corporation
1209 Orange St.
Wilmington DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature   */s/ Gini L. Downing*

|  |  |
|---|---|
| Print Name: | Gini L. Downing |
|  | Pachulski Stang Ziehl & Jones LLP |
|  | 10100 Santa Monica Blvd. |
|  | 13th Floor |
| Business Address: | Los Angeles, CA 90067 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LifeScan, Inc.
Attn: Val Asbury, CEO
20 Valley Stream Parkway
Malvern, PA 19355

9590 9402 3367 7227 2906 35

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) [signature]

C. Date of Delivery: 2/7

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LifeScan Global Corporation
Attn: Val Asbury, CEO
20 Valley Stream Parkway
Malvern, PA 19355

9590 9402 3367 7227 2906 42

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) [signature]

C. Date of Delivery: 2/7

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C T Corporation System
R/A for Lifescan, Inc.
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

9590 9402 3367 7227 2906 66

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6336

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) — NDS
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

FEB 7 2022
Delivery Service

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Trust Center
R/A for LifeScan Global Corporation
1209 Orange St.
Wilmington DE 19801

9590 9402 3367 7227 2906 59

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6329

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

FEB 08 2022
CT CORPORATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt