Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>LIFESCAN, INC. AND LIFESCAN GLOBAL CORPORATION d/b/a LIFESCAN,<br><br>Defendants. | Adv. Proc. No. 22-02025 (PRW) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendants Lifescan, Inc. and Lifescan Global Corporation d/b/a Lifescan (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby

stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated: November 29, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:  bsandler@pszjlaw.com
  ischarf@pszjlaw.com
  jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: November 29, 2022

BORGES & ASSOCIATES, LLC

*/s/ Wanda Borges*
Wanda Borges (NY Bar No. 1604404*)*
Sue Chin (NY Bar No. 4386702)
575 Underhill Blvd., Suite 118
Syosset, NY 11791
Telephone: (516) 677-8200
Email:  wborges@borgeslawllc.com
  schin@borgeslawllc.com

*Counsel to Defendants Lifescan, Inc. and Lifescan Global Corporation d/b/a Lifescan*

SO ORDERED

DATED: _____, 2022
 Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge