# Notice Recipients

District/Off: 0209–2          User: admin                Date Created: 11/30/2022
Case: 2–22–02025–PRW          Form ID: pdforder          Total: 2

**Recipients of Notice of Electronic Filing:**
aty          Ilan D Scharf         ischarf@pszjlaw.com
aty          Wanda Borges          ecfcases@borgeslawllc.com

TOTAL: 2